Joshua Trigsted
Oregon State Bar ID Number 06531
Weisberg & Meyers, LLC
100 SW Kerr Parkway, #29
Lake Oswego, OR 97035
503 376 6774, ext. # 216
866 565 1327 facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KELSEY TERRY**, | Case No.: 6:07-CV-6131-HO |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| **TRANSWORLD SYSTEMS, INC., dba CREDIT MANAGEMENT SERVICES**, | |
| Defendant | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Oregon, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 16th day of October, 2007.

By: s/Joshua Trigsted
Joshua Trigsted
Weisberg & Meyers, LLC
100 SW Kerr Parkway, #29
Lake Oswego, OR 97035
503 376 6774, ext. #216
866 565 1327 facsimile
Attorney for Plaintiff

Notice of Dismissal- 1

Filed electronically on this 16th day of October 2007, with:

United States District Court CM/ECF system

<u>s/Kimberly Larson</u>
Kimberly Larson